UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA, ex rel.,
MELISSA STRUNK,

      Plaintiff/Relator,

v.                                Case No. 2:17-cv-00352-JLB-NPM

WAYNE ISAACSON, M.D., COLLIER
ANESTHESIA PAIN, LLC, PHYSICIANS
SURGERY CENTER, LLC, d/b/a LEE
ISLAND COAST SURGERY CENTER, and
CAPE CORAL SURGERY CENTER, LTD.,

      Defendants.

_____/

## ORDER

      The United States has intervened in this False Claims Act case, 31 U.S.C. §§ 3729–33, to settle with every Defendant except Wayne Isaacson, M.D.  (Docs. 30–31.)  It is **ORDERED** that, **no later than February 19, 2021**, Relator **SHALL** either: (a) voluntarily dismiss her claims against Dr. Isaacson without prejudice to the United States; or (b) indicate whether she intends to proceed with this action.

      **ORDERED** in Fort Myers, Florida, on February 8, 2021.

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**