UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA, ex rel.,
MELISSA STRUNK,

        Plaintiff/Relator,

v.                                     Case No. 2:17-cv-00352-JLB-NPM

WAYNE ISAACSON, M.D., COLLIER
ANESTHESIA PAIN, LLC, PHYSICIANS
SURGERY CENTER, LLC, d/b/a LEE
ISLAND COAST SURGERY CENTER, and
CAPE CORAL SURGERY CENTER, LTD.,

        Defendants.

_____/

## **ORDER**

Plaintiff-Relator Melissa Strunk has filed a notice of voluntary dismissal with prejudice of her claims against Defendant Wayne Isaacson, M.D.  (Doc. 36.); Fed. R. Civ. P. 41(a)(1)(A)(i).  The notice is self-executing.  Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).  The United States previously filed a notice of intervention for purposes of settlement with every other Defendant under 31 U.S.C. § 3730(b)(4) and Local Rule 3.09(a).[1]  (Doc. 30.)

Accordingly, it is **ORDERED**:

1.      The Clerk is **DIRECTED** to terminate Defendant Wayne Isaacson, M.D. from the case, terminate any pending deadlines, and administratively close the file.

---

[1] The notice of intervention cites Local Rule 3.08(a), but the Local Rules were revised and renumbered as of February 1, 2021.

2.     **No later than February 24, 2021**, the United States shall file a

status report to inform the Court on the progress of its settlement

negotiations with the remaining Defendants and when the Court may

expect dismissal papers.

**ORDERED** in Fort Myers, Florida, on February 12, 2021.

_____
**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**

2